UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. No. 24-165 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ronnie Bila Shaka, | |
| Defendant. | |

This matter is before the Court on the Government's Motion for Evidentiary Hearing at Sentencing. (Docket No. 117.) The Government explains that were the Court to hold such a hearing, the Government would call ATF Special Agent Kylie Williamson to testify to the facts supporting applying a four-level enhancement under U.S.S.G. § 2K2.1(b)(6)(B) for Defendant Ronnie Bila Shaka's possession of a firearm in connection with another felony. The Government clarifies that it seeks a hearing in the event that the Court does not find that the record provides an adequate basis to apply the enhancement.

Shaka does not believe that a hearing is necessary, and objects to the Motion. (Docket No. 120.) Indeed, Shaka does not contest the facts at issue in the Government's Motion.

The Court has reviewed the record and concludes that no additional evidentiary hearing or testimony is necessary.

Accordingly, **IT IS HEREBY ORDERED that** the Government's Motion for Evidentiary Hearing at Sentencing (Docket No. 117) is **DENIED**.

Dated: <u>August 19, 2025</u>　　　　　　　　　　　<u>s/ *Paul A. Magnuson*</u>
　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge